UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1903-JAK (GJSx) | Date | January 13, 2020 |
|---|---|---|---|
| Title | Elite48 Dental Studio, Inc. v. Jason Watson, et al. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|
| E. Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Andrew S. Dallman | Guy Ruttenberg |
| | Bassil G. Madanat |

**Proceedings:** **Scheduling of Settlement Conference**

The Court conducts a pre-settlement conference telephone call with the parties. Counsel are ordered to meet and confer to discuss settlement, with their clients to be available telephonically, prior to the settlement conference. At a minimum, the parties must each make one proposal – whether as a demand and response or some other form – to settle the matter. If the parties do not resolve this case on their own, the parties must appear for a settlement conference before the Hon. Gail J. Standish, Courtroom 640, 6th Floor, United States Courthouse, Roybal Building, 255 E. Temple Street, Los Angeles, California on **Wednesday, March 4, 2020, at 10:30 AM**.

1. Who Must Attend

All litigants and lead trial counsel must be personally present, unless a request to appear telephonically is granted by the Court, for the entire duration of the conference. If a party is a business entity, a representative of the entity with sufficient authority to settle the action must attend.

| | : | 20 |
|---|---|---|
| | Initials of Preparer | efc |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-1903-JAK (GJSx) | Date | January 13, 2020 |
|---|---|---|---|
| Title | Elite48 Dental Studio, Inc. v. Jason Watson, et al. | | |

2. Settlement Conference Letters

On or before **Wednesday, February 26, 2020**, each party will deliver to Judge Standish's chambers (**by e-mail** sent to GJS_Chambers@cacd.uscourts.gov) a confidential settlement conference letter. The letter should be single-spaced, in 14-point font, and not longer than ten pages. The Court expects each party's letter to briefly summarize the relevant facts and evidence, legal issues, procedural matters, the damages or other relief sought by or against the submitting party, past settlement discussions, and any other facts or circumstances that counsel believe will assist the Court in conducting the settlement conference. The Court values a candid critique of each party's respective claims and defenses. A party may attach to its letter **key** documents or other materials central to understanding the case or helpful to facilitating settlement discussions. **Do not file or lodge the settlement conference letter with the Clerk's Office or electronically submit it to CM/ECF.** Each party may, but is not required to, provide a copy of the letter to the opposing party. **If the letter exceeds ten (10) pages, excluding any attachments, counsel shall provide a courtesy copy of the letter and attachments to chambers, by no later than 48 hours prior to the scheduled settlement conference.**

3. At the Settlement Conference

Each litigant should be prepared to present a brief opening statement to the Court, in the presence of the parties and opposing counsel. Additionally, the Court will meet privately with counsel and the parties to discuss settlement proposals. The parties' statements made during all phases of the settlement conference (including the parties' letters to the judge) fall within the protections for compromise statements, including those contained in Federal Rules of Evidence 408 and 410 and Local Civil Rule 16-15.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | | efc |